# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION FILE NO. 1:13-CV-01817-WSD |
| v. ) ) | |
| DETROIT MEMORIAL PARTNERS, LLC ) and MARK MORROW ) ) | |
| Defendants. ) | |

## ORDER GRANTING RECEIVER'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

This case is before the Court for consideration of Receiver's Third Application for Compensation and Reimbursement of Expenses. The Securities and Exchange Commission and the members of Detroit Memorial Partners, LLC have had an opportunity to review the Application and have offered no objections. After review of the Application, and noting no objections have been filed, the same is hereby **APPROVED,** and payment of the fees and expenses requested in the Application is hereby **AUTHORIZED.**

SO ORDERED, this 21st day of November, 2014.

_____
WILLIAM S. DUFFEY, JR.
United States District Court Judge

Order Prepared By:

Matthew T. Parrish
Georgia Bar No. 558262
ROBBINS ROSS ALLOY BELINFANTE
  LITTLEFIELD LLC
999 Peachtree Street, N.E., Suite 1120
Atlanta, GA 30309-3996
(678) 701-9381 (Tel)
(404) 856-3250 (Fax)
mparrish@robbinsfirm.com