**DETROIT MEMORIAL PARTNERS, LLC**
**SCHEDULE OF RECEIVER'S RECEIPTS AND DISBURSEMENTS**
**FIRST QUARTER 2019**
Receivership; Civil Court Docket No. 1:13-CV-01817-MHC

|  | DMP Escrow Account | |
|---|---|---|
| **Beginning Balance 01/01/19:** | $85,287.65 | |
| *Receipts:* | Q1 2019 | Receivership Through End of Q1 2019 |
| *Third-Party Litigation Income* | $0.00 | $7,836,363.00 |
| *Proceeds from Sale of Receivership Property* | $0.00 | $7,919,425.00 |
| *Interest Earned* | $20.31 | $35,606.50 |
| *Disbursements:* | | |
| *Distributions to Claimants* | $3,860.30 | $12,691,418.00 |
| *Interest Disbursed to Georgia Bar Foundation per IOLTA Rules* | $20.31 | $35,606.50 |
| *Court-approved Attorneys' Fees & Expenses* | $1,445.87 | $664,681.58 |
| *Court-approved Accountants' Fees & Expenses* | $0.00 | $111,882.17 |
| *Third Party Litigation Expenses* | $0.00 | $169,600.00 |
| *Administrative Expenses* | $0.00 | $2,947.21 |
| *Tax Payments* | $0.00 | $14,586.51 |
| *Bank Fees* | $0.00 | $153.00 |
| *MMG Capital Call* | $0.00 | $1,852,000.00 |
| **Ending Balance 03/31/19** | $79,981.48 | |