UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION FILE NO. 1:13-CV-01817-MHC |
| v. | ) ) | |
| DETROIT MEMORIAL PARTNERS, LLC and MARK MORROW, | ) ) ) | |
| Defendants. | ) ) | |

### RECEIVER'S QUARTERLY STATUS REPORT FOR THE FIRST QUARTER OF 2020

Pursuant to the Court's Order Appointing Receiver [Doc. 51], Jason S. Alloy, the Court-appointed Receiver for Detroit Memorial Partners, LLC ("DMP"), hereby files his Quarterly Status Report for the **First Quarter of 2020** (the "Time Period").

### QUARTERLY STATUS REPORT

I.  **Summary of the Operations of the Receiver.**

During the Time Period, the Receiver's staff worked on preparing a Motion to Approve Final Distribution to Claimants. The Receiver will continue to work on closing out the Receivership in the coming months, which will include the filing

of a separate motion and then distributing the bulk of the remaining funds in the Receivership estate.

## II. Cash on Hand, Accrued Administrative Expenses, and Unencumbered Funds in the Estate.

As reflected in the Schedule of Receiver's Receipts and Disbursements, First Quarter 2020 (attached hereto as Exhibit A), DMP's total cash balance at the close of the Time Period was $76,636.66.

DMP's accrued expenses for the Time Period are $9,172.25 in attorneys' fees and expenses from the Robbins Firm.

## III. Schedule of Receiver's Receipts and Disbursements (Attached as Exhibit A).

See Schedule of Receiver's Receipts and Disbursements, for First Quarter 2020 (attached hereto as Exhibit A).

## IV. Description of All Known Receivership Property, Including Approximate/Actual Valuations, Anticipated/Proposed Dispositions, and Reasons for Retaining Assets Where No Disposition Is Intended.

The assets at the close of the Time Period were the cash balance of $76,636.66.

**V.     Description of Liquidated and Unliquidated Claims Held by the Receivership Estate, Including the Need for Forensic and/or Investigatory Resources; Approximate Valuations of Claims; and Anticipated or Proposed Methods of Enforcing Such Claims.**

The Receiver is not aware of any additional liquidated or unliquidated claims that have not already been pursued.

**VI.    List of All Known Creditors.**

The Receiver's most recent list of creditors and claim amounts can be found at Docket Entry 214-1, which is available on the Receiver's website at www.dmpreceivership.com.

**VII.   Status of Creditor Claims Proceedings.**

On November 10, 2016, the Court approved the Receiver's Plan of Distribution (as amended) and ordered that the Receiver distribute funds consistent with the Plan.  [Doc. 185.]  Those funds were distributed as directed as set forth in the Plan of Distribution.  In May 2018, the Court granted the Receiver's motion to make an interim distribution of $250,000 in aggregate to the approved DMP claimants. [Doc. 214, 218.]  The interim distribution checks have all been delivered.

The Receiver will make one final distribution of the remaining funds before the Receivership is concluded.

**VIII. Receiver's Recommendations for a Continuation or Discontinuation of the Receivership and the Reasons for the Recommendations**.

The Receiver recommends that the Receivership proceed so that the Receiver may make a final distribution of the remaining Receivership funds and wind up the Receivership.

Respectfully submitted this 30th day of April, 2020.

                                */s/ Matthew T. Parrish*
Jason S. Alloy
Georgia Bar No. 013188
jalloy@robbinsfirm.com
Matthew T. Parrish
Georgia Bar No. 558262
mparrish@robbinsfirm.com
ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC
500 Fourteenth Street, NW
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **RECEIVER'S QUARTERLY STATUS REPORT FOR THE FIRST QUARTER OF 2020** has been prepared with one of the font and point selections approved by the Court, and that it has been filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.  This report shall also be served by email and U.S. Mail on Defendant Mark Morrow at mmorr7887@aol.com and at the following address:

>Mark Morrow
>Inmate No. 75250-061
>FCI Ashland
>P.O. Box 6001
>Ashland, KY 41105

This 30th day of April, 2020.

>/s/ Matthew T. Parrish
>Matthew T. Parrish