| DETROIT MEMORIAL PARTNERS, LLC SCHEDULE OF RECEIVER'S RECEIPTS AND DISBURSEMENTS FIRST QUARTER 2020 Receivership; Civil Court Docket No. 1:13-CV-01817-MHC | | |
|---|---|---|
| | **DMP Escrow Account** | |
| **Beginning Balance 01/01/20:** | **$76,636.66** | |
| *Receipts:* | **Q1 2020** | **Receivership Through End of Q1 2020** |
| *Third-Party Litigation Income* | $0.00 | $7,836,363.00 |
| *Proceeds from Sale of Receivership Property* | $0.00 | $7,919,425.00 |
| *Interest Earned* | $19.10 | $35,684.10 |
| *Distributions Returned* | $0.00 | $428.92 |
| *Disbursements:* | | |
| *Distributions to Claimants* | $0.00 | $12,859,527.13 |
| *Interest Disbursed to Georgia Bar Foundation per IOLTA Rules* | $19.10 | $35,684.10 |
| *Court-approved Attorneys' Fees & Expenses* | $0.00 | $666,004.27 |
| *Court-approved Accountants' Fees & Expenses* | $0.00 | $113,661.72 |
| *Third Party Litigation Expenses* | $0.00 | $169,600.00 |
| *Administrative Expenses* | $0.00 | $3,618.71 |
| *Tax Payments* | $0.00 | $14,586.51 |
| *Bank Fees* | $0.00 | $153.00 |
| *MMG Capital Call* | $0.00 | $1,852,000.00 |
| **Ending Balance 03/31/19** | **$76,636.66** | |