# EXHIBIT A

## STANDARDIZED FUND ACCOUNTING REPORT for DETROIT MEMORIAL PARTNERS, LLC
Receivership; Civil Court Docket No. 1:13-CV-01817-MHC
Reporting Period 10/01/2019 to 03/31/2020

| FUND ACCOUNTING: | | | DMP Escrow Account |
|---|---|---|---:|
| | Beginning Balance 10/01/19: | $ | 76,636.66 |
| | **Increases in Fund Balance:** | | |
| Line 2 | Business Income | | - |
| Line 3 | Cash and Securities | | - |
| Line 4 | Interest/Dividend Income | | 25.61 |
| Line 5 | Business Asset Liquidation | | - |
| Line 6 | From Confidential Sources | | - |
| Line 7 | Third-Party Litigation Income | | - |
| Line 8 | Miscellaneous - Transfers between accounts | | - |
| | Total Increase in Fund Balance (Lines 2 – 8): | | 25.61 |
| | **Decreases in Fund Balance:** | | - |
| Line 9 | Disbursements to Investors | | - |
| Line 10 | Disbursements for Receivership Operations | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | - |
| Line 10b | Business Asset Expenses | | 25.61 |
| Line 10c | Personal Asset Expenses | | - |
| Line 10d | Business Operating Expenses | | - |
| Line 10e | Third-Party Litigation Expenses | | |
| | 1. Attorney Fees | | - |
| | 2. Litigation Expenses | | - |
| | MMG Capital Call | | - |
| | Total Third-Party Litigation Expenses | | - |
| Line 10f | Miscellaneous - Transfers between accounts | | - |
| Line 10g | Federal and State Tax Payments | | - |
| | Total Disbursements for Receivership Operations (10a-g) | | 25.61 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | - |
| Line 11a | Distribution Plan Development Expenses: | | - |
| | 1. Fees: | | |
| | Fund Administrator………………………………… | | - |
| | Independent Distribution Consultant (IDC)……………………… | | - |
| | Distribution Agent………………………………… | | - |
| | Consultants…………………………………………. | | - |
| | Legal Advisers……………………………………… | | - |
| | Tax Advisers………………………………………… | | - |
| | 2. Administrative Expenses | | - |
| | 3. Miscellaneous-Transfers between accounts | | - |
| | Total Plan Development Expenses (Total 11a) | | - |
| Line 11b | Distribution Plan Implementation Expenses: | | |
| | 1. Fees: | | |
| | Fund Administrator………………………………… | | - |
| | Independent Distribution Consultant (IDC)……………………… | | - |
| | Distribution Agent………………………………… | | - |
| | Consultants…………………………………………. | | - |
| | Legal Advisers……………………………………… | | - |
| | Tax Advisers………………………………………… | | - |
| | 2. Administrative Expenses | | - |
| | 3. Investor Identification: | | |
| | Notice/Publishing Approved Plan……………………………… | | - |
| | Claimant Identification…………………………………… | | - |
| | Claims Processing………………………………… | | - |
| | Web Site Maintenance/Call Center……………………… | | - |
| | 4. Fund Administrator Bond | | - |
| | 5. Miscellaneous | | - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | - |
| | Total Plan Implementation Expenses (Total 11b) | | - |
| | | | - |
| Line 12 | Disbursements to Court/Other: | | - |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | - |
| Line 12b | Federal/State Tax Payments | | - |
| | Total Disbursements to Court/Other (12a+12b) | | - |
| | Total Disbursement in Funds (Lines 9 – 12): | | 25.61 |
| Line 13 | Ending Balance 03/31/20 | $ | 76,636.66 |
| Line 14 | Ending Balance of Fund – Net Assets: | | - |
| Line 14a | Cash & Cash Equivalents | | 76,636.66 |
| Line 14b | Investments | | - |
| Line 14c | Other Assets or Uncleared Funds | | - |

| | Total Ending Balance of Fund – Net Assets | | 76,636.66 |
|---|---|---|---|
| **OTHER SUPPLEMENTAL INFORMATION:** | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | |
| | 1. Fees: | | |
| | Fund Administrator………………………………………… | | - |
| | Independent Distribution Consultant (IDC)…………………… | | - |
| | Distribution Agent………………………………………… | | - |
| | Consultants………………………………………………… | | - |
| | Legal Advisers…………………………………………… | | - |
| | Tax Advisers……………………………………………… | | - |
| | 2. Administrative Expenses | | - |
| | 3. Miscellaneous | | - |
| | Total Plan Development Expenses Not Paid by the Fund | | - |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | |
| | 1. Fees: | | |
| | Fund Administrator………………………………………… | | - |
| | Independent Distribution Consultant (IDC)…………………… | | - |
| | Distribution Agent………………………………………… | | - |
| | Consultants………………………………………………… | | - |
| | Legal Advisers…………………………………………… | | - |
| | Tax Advisers……………………………………………… | | - |
| | 2. Administrative Expenses | | - |
| | 3. Investor Identification: | | |
| | Notice/Publishing Approved Plan…………………………… | | - |
| | Claimant Identification……………………………………… | | - |
| | Claims Processing………………………………………… | | - |
| | Web Site Maintenance/Call Center………………………… | | - |
| | 4. Fund Administrator Bond | | - |
| | 5. Miscellaneous | | - |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | - |
| | Total Plan Implementation Expenses (Total 11b) | - | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | - | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | - |
| Line 16b | *Federal/State Tax Payments* | | - |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | |
| Line 18 | No. of Claims: | | - |
| Line 18a | # of Claims Received This Reporting | | 0 |
| Line 18b | # of Claims Received Since Inception of Fund……..……………………… | | 188 |
| Line 19 | No. of Claimants/Investors: | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period……..……………………………… | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund……………………………… | | |

Receiver: _____(signature)_____

Date: May 15, 2020