# TEXT OF PROPOSED ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. 1:13-CV-01817-WSD |
| v. | ) ) | |
| DETROIT MEMORIAL PARTNERS, LLC and MARK MORROW, | ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING RECEIVER'S FINAL FEE APPLICATION AND MOTION TO APPROVE FINAL DISTRIBUTION**

This matter is before the Court on the Receiver's Final Fee Application and Motion to Approve Final Distribution (the "Motion") to the claimants of Detroit Memorial Partners, LLC ("DMP") in the aggregate amount of $50,000. The Court has considered the Motion and the Receiver's prior Court-approved Distribution Plan (*See* Docs. 166, 169, 175, 184-85), and it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Receiver is authorized to (1) pay $1,471.51 to the accounting firm McLean Koehler for tax return preparation; (2) pay $12,735.00 to the Robbins Firm for attorneys' fees; (3) make the final distribution to approved claimants consistent with the Distribution Plan in the amounts set forth in Exhibit "5"

to the Motion, and (4) use the remaining funds to administer the final distribution payments and close the Receivership.

SO ORDERED, this ____ day of _____, 2020.

_____
MARK H. COHEN,
United States District Court Judge

Order Prepared By:

Jason S. Alloy
Georgia Bar No. 013188
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, GA  30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250
jalloy@robbinsfirm.com