# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DETROIT MEMORIAL PARTNERS, LLC )<br>and MARK MORROW, )<br>)<br>Defendants. ) | CIVIL ACTION FILE NO.<br>1:13-CV-01817-WSD |

## ORDER GRANTING RECEIVER'S FINAL FEE APPLICATION AND MOTION TO APPROVE FINAL DISTRIBUTION

This matter is before the Court on the Receiver's Final Fee Application and Motion to Approve Final Distribution (the "Motion") to the claimants of Detroit Memorial Partners, LLC ("DMP") in the aggregate amount of $50,000.  The Court has considered the Motion and the Receiver's prior Court-approved Distribution Plan (*See* Docs. 166, 169, 175, 184-85), and it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The Receiver is authorized to (1) pay $1,471.51 to the accounting firm McLean Koehler for tax return preparation; (2) pay $12,735.00 to the Robbins Firm for attorneys' fees; (3) make the final distribution to approved claimants consistent with the Distribution Plan in the amounts set forth in Exhibit "5"

to the Motion, and (4) use the remaining funds to administer the final distribution payments and close the Receivership.

SO ORDERED, this 13th day of October, 2020.

_____
MARK H. COHEN,
United States District Court Judge